In the Matter of SHERMAN J., Appellant, v BETTY J., Respondent. [65 NYS3d 701]—Order, Family Court, New York County (J. Machelle Sweeting, J.), entered on or about May 1, 2017, which authorized petitioner to access his former residence on a specified date and time in order to retrieve personal belongings, unanimously affirmed, without costs.

Application by petitioner's assigned counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1st Dept 1976]). We have reviewed the record and agree with assigned counsel that there are no nonfrivolous issues which could be raised on this appeal. In fact, the Family Court's order provided petitioner with the exact relief that he was seeking. Concur—Acosta, P.J., Richter, Mazzarelli, Andrias and Gesmer, JJ.